UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Synesi Group, Inc., f/k/a Portogo,
Inc., a Minnesota Corporation,

        Plaintiff,

  v.

Tiger Team Technologies, a Nevada
Corporation, and Paul Hogan,
an individual,

        Defendants.

**MEMORANDUM OPINION
AND ORDER**
Civil No. 05-2205 ADM/AJB

___

Kyle J. Kaiser, Esq. and David A. Davenport, Esq., Winthrop & Weinstine, P.A., Minneapolis, MN, on behalf of Plaintiff.

Floyd E. Siefferman, Jr., Esq., Saliterman & Siefferman, P.C., Minneapolis, MN, on behalf of Defendants.

___

On May 25, 2006, oral argument before the undersigned United States District Judge was heard on Defendant Tiger Team Technologies' Motion to Dismiss [Docket No. 13] and Defendant Paul Hogan's Motion to Dismiss [Docket No. 28], both for lack of jurisdiction over the person and insufficiency of service of process. For the reasons stated at oral argument, both Motions are **DENIED**.

                                        BY THE COURT:

                                        s/Ann D. Montgomery
                                        ANN D. MONTGOMERY
                                        U.S. DISTRICT JUDGE

Dated: May 25, 2006.