## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Synesi Group, Inc., f/k/a Portogo, Inc.,

      Plaintiff,

      v.                                      **ORDER**
                                              Civil No. 05-2205 ADM/AJB
Tiger Team Technologies and
Paul Hogan,

      Defendants.

_____

Synesi Group, Inc. made no appearance.

Boris Parker, Esq., Bassford Remele, P.A., Minneapolis, MN, argued on behalf of Defendants.

_____

Oral argument was heard today before the undersigned United States District Judge regarding Defendants Tiger Team Technologies and Paul Hogan's (collectively, "Defendants") Motion to Dismiss [Docket No. 63] Plaintiff Synesi Group, Inc.'s ("Synesi") Complaint [Docket No. 1] for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Synesi has failed to meet the discovery deadlines established in the Pretrial Scheduling Order [Docket No. 52], and is no longer represented by counsel.  Before withdrawing from this matter, Synesi's former counsel informed the Court that Synesi is "essentially out of business," and is unable to pursue its claims. See Parker Aff. [Docket No. 66] Ex. A at 2-3.  Synesi did not file an opposition to Defendants' Motion to Dismiss, and Synesi did not appear at today's oral argument.  Based on these facts, Defendants' Motion to Dismiss for failure to prosecute is granted.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      Defendants' Motion to Dismiss [Docket No. 63] is **GRANTED**;

2.      Plaintiff's Complaint [Docket No. 1] is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT:


       s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  April 18, 2007.